### COLEMAN, BURDEN & WARTHEN COMPANY *v.* WALKER.

SIMMONS, C. J.   Section 2483 of the Civil Code applies to marriage agreements and marriage settlements only, and its terms will not be extended by construction so as to embrace conveyances of property by a husband to a wife, after marriage, upon an independent consideration not connected with the marriage contract; and hence, a voluntary conveyance by the husband to the wife, he being solvent at the time of the execution of the deed, will be upheld as against creditors even though the same was not recorded in the manner pointed out by that section.

> *Judgment affirmed. All the Justices concurring.*

Argued June 12, — Decided July 9, 1897.

Levy and claim.   Before Judge Candler.   DeKalb superior court.   August term, 1896.

*W. P. Davis* and *Ulysses Lewis,* for plaintiff.
*Harrison & Bryan,* contra.

---

### GEORGIA RAILROAD AND BANKING COMPANY *v.* KILLIAN.

ATKINSON, J.   The verdict is supported by the evidence, is not excessive; and the court did not err in overruling the certiorari.

*Judgment affirmed. All the Justices concurring, except Fish, J., disqualified.*

Argued June 12, — Decided July 9, 1897.

Certiorari.   Before Judge Candler.   DeKalb superior court.   August term, 1896.

*Joseph B. & Bryan Cumming* and *Candler & Thomson,* for plaintiff in error.   *Arnold & Arnold,* contra.